NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| MICHELLE MOORE, | : | Civil No. 05-1230 (GEB) |
| Plaintiff, | : | |
| | : | **MEMORANDUM OPINION** |
| v. | : | **AND ORDER** |
| | : | |
| HUDSON COUNTY CORRECTIONAL FACILITY, et al., | : | |
| Defendants. | : | |

**<u>BROWN, Chief Judge</u>**

  This matter having come before the Court upon the June 11, 2010 Report and Recommendation of the Honorable Magistrate Judge Madeline Cox Arleo recommending that the plaintiff Michelle Moore's Second Amended Complaint should be dismissed (Doc. No. 110); and the Court having reviewed the report and recommendation and the record; and the Court noting that review of a Magistrate Judge's report and recommendation, as well as objections to it, are governed by Local Civil Rule 72.1; and the Court further noting that the Rule provides that the Court "shall make a <u>de novo</u> determination of those portions [of the report and recommendation] to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge," L. Civ. R. 72.1(c)(2); and the Court having noted that Plaintiff is deceased (<u>see</u> Doc. No. 104); and the Court having noted that notice of these proceedings was provided to Plaintiff's estate, specifically Cory Wilson, Executor (Doc. No. 107); and the Court having noted that Plaintiff's estate, heirs, and assigns

have not filed objection with this Court in regard to the report and recommendation; and the Court having decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78;

    IT IS THIS 30th day of June, hereby

    ORDERED the Court will adopt Judge Arleo's Report and Recommendation; and it is further

    ORDERED that the Clerk's Office shall mail a copy of this Order to Plaintiff's at the address of record within five days of this date; and it is further

    ORDERED that the Clerk's Office mark this matter as CLOSED.

    s/ Garrett E. Brown, Jr.
    GARRETT E. BROWN, JR., U.S.D.J.